UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER A MOORE,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC STORE 2595 *et al.*,<br><br>Defendants. | CASE NO. **2:26-cv-03885-JLR**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 5) and recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before summons is issued. The Clerk shall provide a copy of this order to Plaintiff and to the assigned District Court Judge.

DATED this 13th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge